```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 22514
   ANASAH K CHILDRESS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX
      Debtor
   SSN XXX-XX-2054


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 08/26/2008 and was not confirmed.

   The case was converted to chapter 7 without confirmation 10/09/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV SECURED VEHIC    21000.00           .00           .00
SORMAN & FRANKEL LTD     NOTICE ONLY      NOT FILED          .00           .00
ARM PROFESSIONAL SERVICE UNSECURED        NOT FILED          .00           .00
BLITT & GAINES PC        NOTICE ONLY      NOT FILED          .00           .00
CAVALRY PORTFOLIO SERVIC UNSECURED        NOT FILED          .00           .00
CITY OF CHICAGO PARKING  UNSECURED          300.00           .00           .00
CREDIT ACCEPTANCE CORP   UNSECURED         4940.93           .00           .00
ECHO                     UNSECURED        NOT FILED          .00           .00
LAKESHORE DUNES APTS     UNSECURED        NOT FILED          .00           .00
MEDICAL COLLECTIONS SYS  UNSECURED        NOT FILED          .00           .00
ST JAMES OLYMPIA FIELDS  UNSECURED        NOT FILED          .00           .00
SUPERIOR ASSET MANAGEMEN NOTICE ONLY      NOT FILED          .00           .00
T MOBILE                 UNSECURED        NOT FILED          .00           .00
AMERICREDIT FINANCIAL SV UNSECURED         2957.23           .00           .00
JEFFERSON CAPITAL SYSTEM UNSECURED          883.00           .00           .00
FV 1 INC                 UNSECURED        NOT FILED          .00           .00
CITIZENS BANK            UNSECURED        NOT FILED          .00           .00
SENEX SERVICES CORP      UNSECURED        NOT FILED          .00           .00
ALLIANCE ONE             UNSECURED        NOT FILED          .00           .00
COLLECTION SYSTEMS INC   UNSECURED        NOT FILED          .00           .00
COLLECTION SYSTEMS INC   UNSECURED        NOT FILED          .00           .00
DEBT CREDIT SERVICES     UNSECURED        NOT FILED          .00           .00
AMERICAS RECOVERY NETWOR UNSECURED        NOT FILED          .00           .00
RMI/MCSI                 UNSECURED        NOT FILED          .00           .00
PRO SE DEBTOR            DEBTOR ATTY          .00                          .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 22514 ANASAH K CHILDRESS
```

```
SECURED                                                             .00
UNSECURED                                                           .00
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                                .00
DEBTOR REFUND                                                       .00
                                     ---------------   ---------------
TOTALS                                           .00               .00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
Dated: 01/27/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```